# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

In re: SWEENEY, JOEL L     §    Case No. 15-23108-GLT
                           §
                           §
                           §
Debtor(s)                  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that Charles O. Zebley, Jr._____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

OFFICE OF COURT CLERK
U.S. BANKRUPTCY COURT
5414 U.S. STEEL TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 24 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 04:00pm on 09/15/2016 in Courtroom A, ,
U.S. BANKRUPTCY COURT
U.S. STEEL TOWER, 54TH FLOOR
600 GRANT STREET
PITTSBURGH, PA 1519.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  08/16/2016          By:  /s/Charles O. Zebley, Jr.
                                                                   Trustee

Charles O. Zebley, Jr.
18 Mill Street Square
P.O. Box 2124
Uniontown, PA  15401
(724) 439-9200

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: SWEENEY, JOEL L | § | Case No. 15-23108-GLT |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*  $ 4,500.00

*and approved disbursements of*  $ 20.00

*leaving a balance on hand of* [1]  $ 4,480.00

**Balance on hand:**  $ 4,480.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 4,480.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Charles O. Zebley, Jr. | 1,125.00 | 0.00 | 1,125.00 |
| Trustee, Expenses - Charles O. Zebley, Jr. | 20.30 | 0.00 | 20.30 |
| Attorney for Trustee, Fees - Charles O. Zebley, Jr., Esquire | 750.00 | 0.00 | 750.00 |
| Attorney for Trustee, Expenses - Charles O. Zebley, Jr., Esquire | 31.82 | 0.00 | 31.82 |

Total to be paid for chapter 7 administration expenses:  $ 1,927.12
Remaining balance:  $ 2,552.88

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 2,552.88 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 2,552.88 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 26,922.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | SYSTEMS & SERVICES TECHNOLOGIES, INC. (SST) | 26,922.85 | 0.00 | 2,552.88 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 2,552.88 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:    $         0.00
Remaining balance:    $         0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $         0.00
Remaining balance:    $         0.00

Prepared By:  /s/Charles O. Zebley, Jr.
Trustee

Charles O. Zebley, Jr.
18 Mill Street Square
P.O. Box 2124
Uniontown, PA  15401
(724) 439-9200

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 15-23108-GLT
Joel L Sweeney                                                      Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: amaz              Page 1 of 1              Date Rcvd: Aug 16, 2016
                            Form ID: pdf900         Total Noticed: 10

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2016.
db           +Joel L Sweeney,    935 State Route 68,    East Brady, PA 16028-3121
14098673     +Citi Cards,    PO Box 6500,    Sioux Falls, South Dakota 57117-6500
14098674     +Elizabeth M. Sweeney,    226B Kittanning Street,    Chicora, PA 16025-4320
14098675     +JP Morgan Chase Bank,    1650 Market Street,    47th & 52nd Floors,
               Philadelphia, Pennsylvania 19103-7301
14098676     +Nationwide Bank,    2730 LIberty Avenue,    Pittsburgh, PA 15222-4704
14098678      Rosebud Mining Company (401 K Plan),    ATTN: Lisa Green,    301 Market Street,
               Kittanning, PA 16201-1504
14098679      SST - Best Egg,    4315 Pickett Road,    P.O. Box 3999,    St. Joseph, MO 64503-0999
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            E-mail/PDF: rmscedi@recoverycorp.com Aug 17 2016 01:29:15
              Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
              Miami, FL  33131-1605
14105044      E-mail/PDF: rmscedi@recoverycorp.com Aug 17 2016 01:30:01
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL  33131-1605
14154738     +Fax: 866-311-5818 Aug 17 2016 01:40:06     Systems & Services Technologies, Inc. (SST),
              4315 Pickett Road,    St. Joseph, MO 64503-1600
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            JPMorgan Chase Bank, National Association
cr            Nationwide Bank
14098677*    +Nationwide Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
                                                                                  TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Ann E. Swartz    on behalf of Creditor    Nationwide Bank ecfmail@mwc-law.com
              Celine P. DerKrikorian    on behalf of Creditor    Nationwide Bank ecfmail@mwc-law.com
              Charles O. Zebley, Jr.    on behalf of Trustee Charles O. Zebley, Jr. COZ@Zeblaw.com,
               PA67@ecfcbis.com;Lyndie@Zeblaw.com
              Charles O. Zebley, Jr.    COZ@Zeblaw.com,    PA67@ecfcbis.com;Lyndie@Zeblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Stephen William French    on behalf of Debtor Joel L Sweeney sfrenchesq@yahoo.com,
               lmaxwell@drayerlaw.com
                                                                                             TOTAL: 7
```