UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No.: 15-23108 GLT |
| | ) | |
| Joel L. Sweeney, | ) | Chapter 7 |
| | ) | |
|    Debtor. | ) | Document No.: _____ |
| | ) | |
| Charles O. Zebley, Jr., Esquire, | ) | Related to Document Nos. 46, 47, 48 & 49 |
| | ) | |
|    Movant, | ) | Hearing Date and Time: September 15, 2016, at 4:00 p.m. |
| | ) | |
| vs. | ) | |
| | ) | |
| Joel L. Sweeney, | ) | |
| | ) | |
|    Debtor/Respondent. | ) | |

CERTIFICATION OF NO OBJECTION REGARDING
TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION

     The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Notice of Trustee's Final Report and Application for Compensation filed on August 16, 2016, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Notice of Trustee's Final Report and Application for Compensation appears thereon. Pursuant to the Notice of Hearing, objections to the Notice of Trustee's Final Report and Application for Compensation were to be filed and served no later than September 9, 2016.

     It is hereby respectfully requested that the Order attached to the Trustee's Final Report and Application for Compensation be entered by the Court.

     ZEBLEY MEHALOV & WHITE, P.C.

Dated: September 12, 2016          By: /s/ Charles O. Zebley, Jr.
                                            Charles O. Zebley, Jr.
                                            PA I.D. No. 28980
                                            P.O. Box 2124
                                            Uniontown, PA 15401
                                            (724) 439-9200
                                            Email: COZ@Zeblaw.com