**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

In re: SWEENEY, JOEL L                             § Case No. 15-23108-GLT
                                                   §
                                                   §
Debtor(s)                                          §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   Charles O. Zebley, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $489,262.54                  Assets Exempt: $340,750.04
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,552.88     Claims Discharged
                                               Without Payment: $32,936.87

Total Expenses of Administration: $1,947.12

---

   3) Total gross receipts of $ 4,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $188,594.55 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,947.12 | 1,947.12 | 1,947.12 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 36,342.90 | 26,922.85 | 26,922.85 | 2,552.88 |
| **TOTAL DISBURSEMENTS** | $224,937.45 | $28,869.97 | $28,869.97 | $4,500.00 |

4) This case was originally filed under Chapter 7 on August 28, 2015. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/29/2016          By: /s/Charles O. Zebley, Jr.
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| TRACT OF VACANT LAND IN ARMSTRONG COUNTY, PA | 1110-000 | 4,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Nationwide Bank | 4110-000 | 145,482.00 | N/A | N/A | 0.00 |
| NOTFILED | Nationwide Bank | 4210-000 | 10,273.00 | N/A | N/A | 0.00 |
| NOTFILED | Rosebud Mining Company | 4210-000 | 32,839.55 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$188,594.55** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Charles O. Zebley, Jr. | 2100-000 | N/A | 1,125.00 | 1,125.00 | 1,125.00 |
| Charles O. Zebley, Jr. | 2200-000 | N/A | 20.30 | 20.30 | 20.30 |
| Charles O. Zebley, Jr., Esquire | 3120-000 | N/A | 31.82 | 31.82 | 31.82 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Charles O. Zebley, Jr., Esquire | 3110-000 | N/A | 750.00 | 750.00 | 750.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$1,947.12** | **$1,947.12** | **$1,947.12** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | SYSTEMS & SERVICES TECHNOLOGIES, INC. (SST) | 7100-000 | 27,776.00 | 26,922.85 | 26,922.85 | 2,552.88 |
| NOTFILED | Citi Cards | 7100-000 | 5,213.03 | N/A | N/A | 0.00 |
| NOTFILED | Citi Cards | 7100-000 | 3,353.87 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$36,342.90** | **$26,922.85** | **$26,922.85** | **$2,552.88** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-23108-GLT  
**Case Name:** SWEENEY, JOEL L  

**Trustee:** (580740) Charles O. Zebley, Jr.  
**Filed (f) or Converted (c):** 08/28/15 (f)  
**§341(a) Meeting Date:** 10/16/15  

**Period Ending:** 12/29/16  

**Claims Bar Date:** 01/24/16  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | PRIMARY RESIDENCE | 160,000.00 | 0.00 | | 0.00 | FA |
| 2 | TRACT OF VACANT LAND IN ARMSTRONG COUNTY, PA | 16,000.00 | 4,500.00 | | 4,500.00 | FA |
| 3 | CASH ON HAND | 50.00 | 0.00 | | 0.00 | FA |
| 4 | CHECKING ACCT AT FARMER'S NATIONAL BANK | 1,034.05 | 0.00 | | 0.00 | FA |
| 5 | HOUSEHOLD GOODS AND FURNISHINGS | 5,311.00 | 0.00 | | 0.00 | FA |
| 6 | WEARING APPAREL | 60.00 | 0.00 | | 0.00 | FA |
| 7 | GUNS | 1,515.00 | 0.00 | | 0.00 | FA |
| 8 | FISHING POLES AND TACKLE | 30.00 | 0.00 | | 0.00 | FA |
| 9 | 401 K PLAN | 307,341.49 | 0.00 | | 0.00 | FA |
| 10 | 2009 CHEVY COBALT | 2,421.00 | 0.00 | | 0.00 | FA |
| 11 | SNOW MOBILE | 3,000.00 | 0.00 | | 0.00 | FA |
| 12 | 1994 WILLCRAFT NOVA | 8,000.00 | 0.00 | | 0.00 | FA |
| 13 | AKC REGISTERED CHOCOLATE LAB (J) | 500.00 | 0.00 | | 0.00 | FA |
| 14 | 2011 FORD ESCAPE  (u) | 0.00 | 0.00 | | 0.00 | FA |
| 14 | **Assets   Totals** (Excluding unknown values) | **$505,262.54** | **$4,500.00** | | **$4,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Will file motion to settle Trustee's claim to unexempt real estate, the vacant tract of land.

Trustee's Notice of Assets & Request for Notice to Creditors Filed; Application to Employ Charles O. Zebley, Jr. and Zebley Mehalov & White, P.C. as Attorney for Trustee Filed; Order Granting Application to Employ Charles O. Zebley, Jr. and Zebley Mehalov & White, P.C. as Attorney for Trustee (Related Doc # [14]) Signed on 10/26/2015; Motion to Settle Claim to Debtor's Unexempt Real Estate Filed by Trustee; Hearing on Trustee's Motion to Settle Claim to Debtor's Unexempt Real Estate Filed by Trustee Charles O. Zebley Jr. (RE: related document(s): [34] Motion filed by Trustee Charles O. Zebley). Hearing scheduled for 6/16/2016 at 09:00 AM at p01 Courtroom A, 54th Floor, U.S. Steel Tower, Pittsburgh. Responses due by 6/3/2016; Default Order Granting Motion to Settle the Estate's Claim to Debtor's unexempt real estate. (Related Doc # [34]) Signed on 6/7/2016;  Request for Clerk's Certificate of Costs Filed; Clerk's Certificate of Costs Issued. Amount Due: $ 0.00; Trustee hereby certifies that in accordance with Fed.R.Bankr.P. 5005(b)(2) the Order of Distribution and the Final Report and Account for the above-captioned case were forwarded to the Office of the United States Trustee at 970 Liberty Center, Pittsburgh, PA 15222 on 7/11/2016; Chapter 7 Trustee's Final Report, Application for Compensation and Application(s) for Compensation of Professionals filed on behalf of Charles O. Zebley Jr.. The United States Trustee has reviewed and has no objection to (i) the Trustees Final Report and Account on the Administration of the Estate and Final Application for Compensation and (ii) the Trustees Proposed Distribution of Property of the Estate, all of which documents have been filed in the above referenced case. Filed by U.S. Trustee; Application for Compensation for

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 15-23108-GLT  
**Case Name:** SWEENEY, JOEL L  

**Trustee:** (580740) Charles O. Zebley, Jr.  
**Filed (f) or Converted (c):** 08/28/15 (f)  
**§341(a) Meeting Date:** 10/16/15  

**Period Ending:** 12/29/16  

**Claims Bar Date:** 01/24/16  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

Charles O. Zebley Jr., Trustee Chapter 7, Period: 8/31/2015 to 7/11/2016, Fee: $1,125.00, Expenses: $20.30. Filed by Trustee; Application for Compensation for Charles O. Zebley Jr., Trustee's Attorney, Period: 10/26/2015 to 8/16/2016, Fee: $750.00, Expenses: $31.82. Filed by Attorney Charles O. Zebley Jr.; Notice of Trustee's Final Report and Application for Compensation Dated 8/16/2016. Filed by Charles O. Zebley Jr. Hearing scheduled for 9/15/2016 at 04:00 PM at p01 Courtroom A, 54th Floor, U.S. Steel Tower, Pittsburgh. Objections due by 9/9/2016; Default Order Granting Application For Compensation (Related Doc # [47]) Granting for Charles O. Zebley, fees awarded: $1125.00, expenses awarded: $20.30 Signed on 9/13/2016; Default Order Granting Application For Compensation (Related Doc # [48]) Granting for Charles O. Zebley, fees awarded: $750.00, expenses awarded: $31.82 Signed on 9/13/2016; Default Order of Distribution Signed on 9/13/2016;

**Initial Projected Date Of Final Report (TFR):** December 31, 2016  **Current Projected Date Of Final Report (TFR):** July 11, 2016  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 15-23108-GLT | | Trustee: | Charles O. Zebley, Jr. (580740) |
|---|---|---|---|---|
| Case Name: | SWEENEY, JOEL L | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******8766 - Checking Account |
| Taxpayer ID #: | **-***5797 | | Blanket Bond: | $11,109,916.00  (per case limit) |
| Period Ending: | 12/29/16 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/16/16 | {2} | Joel Sweeney | Settlement proceeds of unexempt real estate per 6/7/16 order (Doc. No. 37) | 1110-000 | 4,500.00 | | 4,500.00 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,490.00 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,480.00 |
| 10/03/16 | 101 | Charles O. Zebley, Jr. | Dividend paid 100.00% on $1,125.00, Trustee Compensation;  Reference: | 2100-000 | | 1,125.00 | 3,355.00 |
| 10/03/16 | 102 | Charles O. Zebley, Jr. | Dividend paid 100.00% on $20.30, Trustee Expenses;  Reference: | 2200-000 | | 20.30 | 3,334.70 |
| 10/03/16 | 103 | Charles O. Zebley, Jr., Esquire | Dividend paid 100.00% on $31.82, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 31.82 | 3,302.88 |
| 10/03/16 | 104 | Charles O. Zebley, Jr., Esquire | Dividend paid 100.00% on $750.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 750.00 | 2,552.88 |
| 10/03/16 | 105 | SYSTEMS & SERVICES TECHNOLOGIES, INC. (SST) | Claim No. 1; Your Account/Ref # ;  Dividend paid on the Claim Amount Allowed | 7100-000 | | 2,552.88 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 4,500.00 | 4,500.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 4,500.00 | 4,500.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$4,500.00** | **$4,500.00** | |

| Net Receipts : | 4,500.00 |
|---|---|
| Net Estate : | $4,500.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******8766** | 4,500.00 | 4,500.00 | 0.00 |
| | $4,500.00 | $4,500.00 | $0.00 |

{} Asset reference(s)

Printed: 12/29/2016 09:43 AM    V.13.28